IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| TUAN QUANG NGUYEN,<br><br>               Plaintiff,<br><br>v.<br><br>ALADIN BAIL BONDS,<br><br>               Defendant. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br><br>Case No. 2:17-CV-97-DN<br><br>District Judge David Nuffer |

      Plaintiff, Tuan Quang Nguyen, has not responded to the Court's July 5, 2017, order to within thirty days show cause why his case should not be dismissed for failure to comply with the Court's order to submit a signed form consenting to collection of his remaining filing fee out of his inmate account.

      IT IS THEREFORE ORDERED that Plaintiff's action is DISMISSED without prejudice.

      DATED this 12th day of October, 2017.

                                                  BY THE COURT:

                                                  CHIEF JUDGE DAVID NUFFER
                                                  United States District Court